**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6241**

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

       v.

ROGER JUNIOR ARTHUR, JR., a/k/a Roger Arthur, Jr., a/k/a Busy, a/k/a Biz,

       Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:11-cr-00055-BO-1)

Submitted:  July 27, 2017                              Decided:  July 31, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Roger Junior Arthur, Jr., Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Timothy Severo, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Arthur, Jr., pled guilty to conspiracy to possess with intent to distribute a quantity of heroin and possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) (2012), and was sentenced to 41 months' imprisonment. On direct appeal, this court affirmed the judgment. *United States v. Arthur*, 540 F. App'x 192 (4th Cir. 2013) (No. 12-4435). Arthur filed a second notice of appeal of the criminal judgment. Because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*